United States Bankruptcy Court
Southern District of Indiana

In re:                                                                  Case No. 18-06539-JMC
Charles T. Wilson                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-1       User: admin           Page 1 of 1           Date Rcvd: Sep 04, 2018
                           Form ID: sdismiss     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
db              +Charles T. Wilson,   6267 West State Road 46,   Greensburg, IN 47240-9046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:
      Jason Eugene Duhn    on behalf of Creditor   Madison Revolving Trust 2017 jduhn@logs.com
      John Morgan Hauber    ecfmail@hauber13.com, ecfmail1@hauber13.com
      U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                       TOTAL: 3

SO ORDERED: September 4, 2018.



_____
**James M. Carr
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT  SDISMISS (rev 06/2014)
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Charles T. Wilson**, Case No. **18–06539–JMC–13**
      Debtor.

### ORDER DISMISSING CASE

A Notice of Incomplete Filing was issued by the Clerk of Court on August 24, 2018. The Court, after reviewing this case, finds that the debtor failed to comply with the requirements specified in the Notice.

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the trustee is discharged from any duty as trustee in this case.

To obtain relief from the dismissal order, a Motion for Relief from Judgment or Order, pursuant to Fed.R.Bankr.P. 9024, must be filed. Any missing document from the time of dismissal or a Motion for Extension of Time must be filed with the motion, or the motion will be denied. If this case has been dismissed for failure to pay a filing fee or an installment fee, the remaining balance of the filing fee must be paid with the filing of the motion. Unpaid filing fees are still due and payable even though a case has been dismissed. Cases are generally closed **30 days** after dismissal.

Furthermore, if this case is closed when the Motion for Relief from Judgment or Order is filed, a Motion to Reopen must also be filed. A reopening fee is due at the time of filing. Currently, this fee is $235.00 but is subject to change. The latest fees can be found at www.insb.uscourts.gov/webforms/newlaw/FeeSchedule.pdf.

The Clerk's Office will distribute this order.

###